FILED

2021 OCT 27 PM 12:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___RO___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. PLAINTIFF | 2:21-cr-00496-SVW |
| William         Kragthorpe | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: __10/27/2021 ; 0900__  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    21 U.S.C. § 841(a)(1), (b)(1)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1963

8. Defendant has retained counsel:   ☒ No
    ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Justin Botzet    (please print)

12. Office Phone Number: 805-797-8173         13. Agency: Drug Enforcement Admin

14. Signature: _____           15. Date: 10/27/21

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION