# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:21-cr-00496-SVW      Date: May 16, 2022

Present: The Honorable STEPHEN V. WILSON , ☑ District Judge / ☐ Magistrate Judge

| Paul M. Cruz | Katie Thibodeaux | N/A | Suria M. Bahadue |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| **USA v. DEFENDANT(S) PRESENT** | **ATTORNEYS PRESENT FOR DEFENDANTS** |
|---|---|
| William David Kragthorpe | Ryan V. Kinderman (specially appearing for A. Kessel) |
| ☐ Custody ☑ Bond ☐ O/R | ☐ Appointed ☑ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:  CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 1 & 2      of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to August 29, 2022 at 11:00 a.m.      for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____ .
☐ Court orders:

☐ Other:

         :    10

Initials of Deputy Clerk    PMC

*cc:  Probation Office*